UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOCAL INTELLIGENCE, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HTC AMERICA, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:17-cv-06437-EJD<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

　　　　Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Susan van Keulen for a settlement conference to occur no later than August 17, 2018. The parties shall contact Judge van Keulen's Courtroom Deputy to arrange a date and time for the conference.

**IT IS SO ORDERED.**

Dated: April 10, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-06437-EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE
1